

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-0750-10

**JESUS GONZALEZ, JR., Appellant**

**v.**

**THE STATE OF TEXAS**

### ON REHEARING OF APPELLANT'S
### PETITION FOR DISCRETIONARY REVIEW
### FROM THE THIRTEENTH COURT OF APPEALS
### CAMERON COUNTY

*Per curiam.*

### O P I N I O N

Appellant was convicted of engaging in organized criminal activity and was sentenced to confinement for life.    The Court of Appeals affirmed the conviction. *Gonzalez v. State*, (Tex. App. — Corpus Christi, No. 13-09-00121-CR, delivered May 13, 2010).  Appellant's petition for discretionary review was dismissed as untimely filed on August 25, 2010.  Appellant has filed a motion for rehearing requesting reinstatement of

his petition so that it will be considered by this Court.  Appellant's motion for rehearing is granted.  His petition filed on August 23, 2010, is reinstated as of October 13, 2010 and will be considered in accord with Tex.R.App.P. 68.


Delivered October 13, 2010
Do not publish